CAUSE # 2-13-00061-CR, 2-13-00062CR, 2-13-00063-CR, 2-13-00064CR

In the court of Appeals for the eighth court of Appeals District of Texas

| | |
|---|---|
| ARCHIE Atkins<br><br>V<br><br>The state of TEXAS<br>Appellee<br><br>**RECEIVED**<br><br>**JAN 0 8 2015**<br><br>COURT OF APPEALS<br>SECOND DISTRICT OF TEXAS<br>DEBRA SPISAK, CLERK | Appelant's request for An<br><br>Extension of time to file<br><br>A Petition for Discretionary<br><br>REVIEW <del>RECEIVED IN</del><br><del>COURT OF CRIMINAL APPEALS</del><br><br>**FEB 12 2015**<br><br>Abel Acosta, Clerk |

Comes now, ARCHIE Atkins                    pro se petitioner who requests a 30 day Extention of time for preperation and filing A petition for Discretionary review of the opinion from the Eighth court of appeals Affirmation of said petitioners' conviction and sentence and in support thereof would show the court the follow **FILED IN**

COURT OF CRIMINAL APPEALS

## 1.

FEB 12 2015

## PRO-SE REPRESENTATION Abel Acosta, Clerk

PlEASE RECOGNISE the following foregoing motion, Appelant's request for an extension of time to file a petition for Discretionary review under the stipulations of pro-se representation... PlEASE SEE: HERNS VS. KEARNS, the defendant is not a licensed attorney and therefore should not be held to the stringent standards of a trained counsel...

## 2.

## Due Process Rights

The basic requirements of Due Process is the right to notice and an oapportunity to be heard, at a meaningful time in a meaningful manner...

## Exceptional Circumstance

The statue of law is clear under the stipulations of exceptional circumstance, conditions which are out of the ordinary course of events, unusual or extraordinary circumstances. PlEASE SEE

## Exceptional Circumstances, (cont.)

(Schneckloth, 55 Wash. 2d, 90, 346 P2d, 658, 660...) The appellant would like the court to recognise that due to his appella~~te~~ lawyer writting him to inform him of the opinion the court of appeals gave for his appeal but he recieved the letter in the middle of December which in this time because of the holidays the appellates access to the law library isn't available... The law library on the unit isn't giving out any law work and due to the appellants' circumstances being in administrative segragation and having to rely on the law library officers to bring law work the appellant has no access to any law work... Therefore the appellant can't work on his petition for discretionary review, also the appellant's lawyer was suppose to enclose a photocopy of the opinion but there wasn't one in the letter when the lawyer wrote to tell the appellate about the courts answer, so the appellate is waiting now for the lawyer to send the necessary paperwork...

Wherefore, petitioner respectfully requests this Honorable Court grant a thirty day extension to the statutory time for filing a P.D.R

Respectfully submitted,

Archie Atkins - 1837448
William P. Clements Unit
9601 Spur 591,
Amarillo, Tx. 79107

# Verification of Unsworn Declaration

Archie Atkins    Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner #1837448, currently incarcerated in the Bill Clements prison unit in Potter County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing motion, Appelant's Request for an extension of time to file a P.D.R    and declare that I have personal knowledge of the facts contained therein and said facts are true & correct executed in Potter County, Texas, pursuant to Art. 132.001 et. seq. Texas C.P.R.C and 28 UC§1746, on this  30th  day of December  2014

_____
Archie Atkins

Defendant pro se
CID #1837448
DOB 11/23/86
Address
Bill clements unit
9601 spur 591, Amarillo, TX
79107


## Certificate of Service

I hereby certify that a copy of the foregoing motion was mailed to District Court Clerk of Tarrant County, TX at

401 W. Belknap, FTW, TX 76196

by certified mail, return reciept requested, on this the 30th day of December, 2014

_____
Archie Atkins
Appellant



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 6, 2015

Archie Atkins
TDCJ# 1837448
William Clements Unit
9601 Spur 591
Amarillo, TX 79107

RE:      Court of Appeals Number:    02-13-00061-CR
                                     02-13-00062-CR
                                     02-13-00063-CR
                                     02-13-00064-CR

         Trial Court Case Number:    1277396D
                                     1287533R
                                     1287534R
                                     1287535R

Style:   Archie Atkins
         v.
         The State of Texas

Dear Mr. Atkins:

The mandate in this case issued on January 30, 2015.

We received your petition for discretionary review on January 8, 2015, for the above cause.

As of September 1, 2011, any document regarding a petition for discretionary review should be filed directly with the Court of Criminal Appeals in Austin, Texas. Petitions for discretionary review are no longer filed in the court of appeals. *See* Tex. R. App. P. 68.3. Therefore, we have forwarded your document(s) to:

CLERK, COURT OF CRIMINAL APPEALS
SUPREME COURT BUILDING
201 W. 14TH STREET, RM. 106
AUSTIN, TX  78701

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Karen Brown, Deputy Clerk

cc:    Blake R. Burns
115 N. Henderson St.
Fort Worth, TX 76102

1837448 Archie Atkins
Clements Unit
9601 Spur 591
Amarillo, Tx. 79107



RECEIVED

JAN 08 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

Tom Wilder
Tarrant County District Clerk
401 W. Belknap
Fort Worth, Tx. 79196

LAW WORK...!!!



COURT OF CRIMINAL APPEALS
SUPREME COURT BUILDING
201 W. 14TH STREET, RM. 106
AUSTIN, TX 78701

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.690
0004291404 FEB 06 2015
MAILED FROM ZIPCODE 76102